**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOSE ARTURO PROVINCIA,

      Applicant,

v.                                          No. CV 12-1235 WJ/CG

RAY TERRY,

      Respondent.

## ORDER FOR A REPLY

**THIS MATTER** comes before the Court on Jose Arturo Provincia's *Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus*, (Doc. 1), and Respondent's *Motion to Dismiss*, (Doc. 6). Petitioner alleges that he has been denied a bond hearing and that his detention of almost a year without a bond hearing has been unreasonable. (Doc. 1 at 3). In his Motion to Dismiss, Respondent argues that Petitioner has failed to state a cognizable claim for relief. (Doc. 6 at 1). Specifically, Respondent provided documentation demonstrating that Petitioner received a bond hearing on February 29, 2012, and while no action was taken at that time, Petitioner was "free to resubmit his request" for bond. (Doc. 6-2 at 1-2). Respondent also alleges that the delays in Petitioner's removal proceedings have been at the request of Petitioner and his attorney. (Doc. 6 at 3-6).

Petitioner has not filed a Reply to the Motion to Dismiss, nor has he indicated his intent to do so. Although the time to file a Reply has passed, the Court will benefit from a Reply brief addressing Respondent's arguments that the Petition should be dismissed because Petitioner had a bond hearing on February 29, 2012 and that the delays in his

removal proceedings have been at Petitioner's request.

**THEREFORE, IT IS SO ORDERED** that Petitioner Jose Arturo Provincia shall file a Reply to Respondent's Motion to Dismiss by February 4, 2013.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE